IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jose R. Reyes,<br><br>        Plaintiff,<br><br>vs.<br><br>Manny L. LaFarga, et. al.,<br><br>        Defendants. | No. CV-11-1998-PHX-SMM<br><br>**JUDGMENT ON ATTORNEYS FEES and EXPENSES** |

IT IS ORDERED AND ADJUDGED, pursuant to the Order filed July 16, 2015, that judgment is entered in favor of Plaintiff in the amount of $51,265.75.

JUDGMENT ENTERED THIS 16th day of July, 2015.

BRIAN D. KARTH
District Court Executive/Clerk

s/ S. Fredlund
Deputy Clerk